1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 16CR1525-JLS |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER GRANTING MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| MELISIO DURAN-RODRIGUEZ | |
| Defendant. | |

Pursuant to the Government's Motion, IT IS HEREBY ORDERED that the Indictment be dismissed without prejudice.

SO ORDERED.

Dated:  August 2, 2016

Hon. Janis L. Sammartino
United States District Judge

1